# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM SABER,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, NA, QUALITY LOAN SERVICE CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 8:13-cv-00812-DOC-JCGx<br><br>**JUDGMENT** |

///

The Court, having considered each of the papers submitted in support of the Motion for Summary Judgment, those papers submitted in opposition to this motion, as well as the reply papers thereto, and good cause appearing, the Court ruled as follows:

Defendant JPMORGAN CHASE BANK, N.A.'s ("Chase") Motion for Summary Judgment is GRANTED, and Chase is entitled to a judgment in its favor as a matter of law in regard to Plaintiff's entire Third Amended Complaint and each, every and all of the causes of action set forth therein.

The Court orders Plaintiff's Third Amended Complaint dismissed with prejudice.

DATED:  June 9, 2014

_____
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE

Submitted by:

BENTLEY P. STANSBURY III, CASB No. 229102
bentley.stansbury@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:   (562) 436-7416

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.